UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
**HAMEED KHALID DARWEESH** and :
**HAIDER SAMEER ABDULKHALEQ** :
**ALSHAWI,** *on behalf of themselves and others* :
*similarly situated*, :
                      Petitioners, : **DECISION AND ORDER**
:
        - against - : 17 Civ. 480 (AMD)
:
**DONALD TRUMP,** *President of the United* :
*States*; **U.S. DEPARTMENT OF** :
**HOMELAND SECURITY ("DHS"); U.S.** :
**CUSTOMS AND BORDER PROTECTION** :
**("CBP"); JOHN KELLY,** *Secretary of DHS*; :
**KEVIN K. MCALEENAN,** *Acting* :
*Commissioner of CBP*; **JAMES T.** :
**MADDEN,** *New York Field Director, CBP*,, :
:
                    **Respondents.**
------------------------------------------------------------ X

**ANN DONNELLY,** District Judge.

On January 28, 2017, the petitioners filed an Emergency Motion for Stay of Removal on behalf of themselves and others similarly situated.

**IT APPEARING** to the Court from the Emergency Motion for Stay of Removal, the other submissions, the arguments of counsel, and the hearing held on the 28th of January, 2017,

1. The petitioners have a strong likelihood of success in establishing that the removal of the petitioner and others similarly situated violates their rights to Due Process and Equal Protection guaranteed by the United States Constitution;

2. There is imminent danger that, absent the stay of removal, there will be substantial and irreparable injury to refugees, visa-holders, and other individuals from nations subject to the January 27, 2017 Executive Order;

3. The issuance of the stay of removal will not injure the other parties interested in the proceeding;

4. It is appropriate and just that, pending completion of a hearing before the Court on the merits of the Petition, that the Respondents be enjoined and restrained from the commission of further acts and misconduct in violation of the Constitution as described in the Emergency Motion for Stay of Removal.

**WHEREFORE, IT IS HEREBY ORDERED** that the respondents, their officers, agents, servants, employees, attorneys, and all members and persons acting in concert or participation with them, from the date of this Order, are

**ENJOINED AND RESTRAINED** from, in any manner or by any means, removing individuals with refugee applications approved by U.S. Citizenship and Immigration Services as part of the U.S. Refugee Admissions Program, holders of valid immigrant and non-immigrant visas, and other individuals from Iraq, Syria, Iran, Sudan, Libya, Somalia, and Yemen legally authorized to enter the United States.

**IT IS FURTHER ORDERED** that to assure compliance with the Court's order, the Court directs service of this Order upon the United States Marshal for the Eastern District of New York, and further directs the United States Marshals Service to take those actions deemed necessary to enforce the provisions and prohibitions set forth in this Order.

**SO ORDERED.**

_____
Ann M. Donnelly
United States District Judge

Dated: Brooklyn, New York
January 28, 2017