UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

PARISA FASIHIANIFARD,

    *Petitioner*,

v.

DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); JOHN KELLY, Secretary of DHS; KEVIN K. MCALEENAN, Acting Commissioner of CBP; and JAMES T. MADDEN, New York Field Director, CBP,

    *Respondents*.

Case No. 17-cv-00496

Honorable Pamela K. Chen

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 3 1 2017 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 3 1 2017 ★
BROOKLYN OFFICE

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Parisa Fasihianifard hereby voluntarily dismisses her petition for writ of habeas corpus and complaint for declaratory and injunctive relief without prejudice.

Dated: January 30, 2017
New York, New York

    Respectfully submitted,

    KIRKLAND & ELLIS LLP
    */s/ Ross L. Weiner*
    Ross L. Weiner
    J. Keith Kobylka
    601 Lexington Avenue
    New York, New York 10022
    Telephone: (212) 446-4800
    Facsimile: (212) 446-4900
    ross.weiner@kirkland.com
    keith.kobylka@kirkland.com

1/30/17

/s/ *Carol Bagley Amon*